IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

CHRIS CASTILLO,

    Plaintiff,

v.  No. CV 12-0295 JAP/WDS

THOMAS VITALE, et al.,

    Defendants.

## ORDER

This matter is before the Court on Plaintiff's letter-response (Doc. 26) to an order to show cause (Doc. 19). Plaintiff asks for additional time to make the previously ordered initial partial payment. As noted in the prior order, Plaintiff failed to make the payment even though his financial information had indicated funds in his inmate account. In his response, filed on December 7, 2012, Plaintiff provides no documentary evidence of his current financial condition. He asserts that he will receive funds "very soon" and will make the payment "immediately." The Court notes that, according to the Courts' PACER Case Locator Service, https://pcl.uscourts.gov/, Plaintiff has filed approximately 24 prisoner complaints in Federal Court in California, almost all of which have been dismissed for failure to pay the filing fee or file a completed IFP application. *See Green v. Nottingham*, 90 F.3d 415, 418 (10th Cir. 1996) (approving judicial notice of related matters in other courts). Failure to comply with this order will result in dismissal of the complaint.

IT IS THEREFORE ORDERED that, within fourteen (14) days from entry of this order, Plaintiff submit the previously ordered payment; no further extensions will be allowed.

_____
UNITED STATES MAGISTRATE JUDGE